MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Acting Chief, Criminal Division

PATRICIA SPALETTA (CABN 156788)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 552-6031
   Facsimile: (415) 436-7234
   Patricia.Spaletta@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10 0859 RS |
|    Plaintiff, | STIPULATION AND ~~[PROPOSED]~~ ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|    v. | |
| GARY LEE HARDEMAN, | |
|    Defendant. | |

     The parties appeared before the Court on December 28, 2010. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from December 28, 2010 to January 25, 2011, in light of the need for the defense to review discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation of counsel, taking into account the exercise of

1  due diligence.

2  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from December 28, 2010 to January 25, 2011, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from December 28, 2010 to January 25, 2011, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: December 30, 2010        /s/
        PATRICIA SPALETTA
        Special Assistant United States Attorney

DATED: December 30, 2010        /s/
        Daniel Blank
        Assistant Federal Public Defender

SO ORDERED.

DATED: 1/3/11

        THE HON. RICHARD SEEBORG
        United States District Court Judge