UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

## JUDGE RICHARD SEEBORG

Date: 1/25/11                                                                 Total Time: 4 min.

Case No: CR 10-00859-01 RS

TITLE: UNITED STATES OF AMERICA    -v- Gary Hardeman (Present)

Counsel for Government: Owen Martikan

Counsel for Defendant: Daniel Blank

Interpreter:  n/a         U.S. Probation Officer:    n/a

Deputy Clerk: Corinne Lew              Court Reporter: Sahar McVickar

## PROCEEDINGS

Status Hearing Held.

## SUMMARY

The court set the following Motion Schedule:

Motion Filing Date: 2/22/11
Opposition: 3/11/11
Reply: 3/22/11.
Motion Hearing set for **3/29/11 at 2:30 p.m.**

Time excluded from 1/25/11 to 2/22/11.  Government to prepare exclusion order.