*E-FILED 3/28/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr 10-0859 RS |
| Plaintiff, | |
| v. | **ORDER** |
| GARY HARDEMAN, | |
| Defendant. / | |

In preparation for the hearing on defendant's motion to dismiss, the parties are directed to the following case: *United States v. Flemmi*, 283 F. Supp. 2d 400 (D. Mass. 2003). Both parties should be prepared to discuss that court's analysis.

**IT IS SO ORDERED.**

Dated: 3/28/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE