**PROPOSED ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Nandor J. Vadas<br>U.S. Magistrate Judge | **RE:** | Gary Hardeman |
| **FROM:** | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 10-00859 RS |
| **DATE:** | April 14, 2011 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Rich Sarlatte, Specialist                            (415) 436-7508
U.S. Pretrial Services Officer                       TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_/s/ Nandor J. Vadas_                               4/15/11
**JUDICIAL OFFICER**                                 **DATE**
NANDOR J. VADAS, UNITED STATES
MAGISTRATE JUDGE

**Cover Sheet** (06/02/08)