BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0859 RS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING |
| GARY HARDEMAN, | |
| Defendant. | Honorable Richard Seeborg |

The next appearance in the above-captioned matter was previously set for Tuesday, June 7, 2011, at 2:30 p.m. for oral argument on Defendant Gary Hardeman's motion to dismiss. However, it turns out that undersigned counsel for Mr. Hardeman will be of the district that week. Accordingly, the parties stipulate and jointly request that the hearing be continued one week to Tuesday, June 14, 2011, at 2:30 p.m.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: May 20, 2011 _____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

DATED: May 20, 2011 _____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Gary Hardeman

IT IS SO ORDERED.

DATED: _____
RICHARD SEEBORG
United States District Judge

STIP. & PROP. ORDER        1