*E-Filed 5/23/11*

1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0859 RS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING MOTION |
| | ) | HEARING |
| GARY HARDEMAN, | ) | |
| | ) | Honorable Richard Seeborg |
| Defendant. | ) | |
| | ) | |

The next appearance in the above-captioned matter was previously set for Tuesday, June 7, 2011, at 2:30 p.m. for oral argument on Defendant Gary Hardeman's motion to dismiss. However, it turns out that undersigned counsel for Mr. Hardeman will be of the district that week. Accordingly, the parties stipulate and jointly request that the hearing be continued one week to Tuesday, June 14, 2011, at 2:30 p.m.

IT IS SO STIPULATED.

                        MELINDA HAAG
                        United States Attorney

DATED:   May 20, 2011           _____/s/_____
                                            OWEN MARTIKAN
                                            Assistant United States Attorney

DATED:   May 20, 2011           _____/s/_____
                                            DANIEL P. BLANK
                                            Assistant Federal Public Defender
                                            Attorney for Gary Hardeman

IT IS SO ORDERED.

DATED:   5/23/11                      _____
                                            RICHARD SEEBORG
                                            United States District Judge

STIP. & PROP. ORDER                    1