UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

for the Honorable Richard Seeborg

**Date:** 6/14/11  **Time:** 1 hour

**Case No.** CR 10-00859-01 RS

**Title:** UNITED STATES OF AMERICA v. Gary Hardeman (Present)

**Appearances**:

For the Government: Owen Martikan

For the Defendant: Daniel Blank

**Interpreter:** n/a          **Probation Officer:** n/a

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Jim Yeomans

*PROCEEDINGS*

Motion Hearing Held.

*SUMMARY*

Motion taken under submission.  The court will issue an order.  Defense counsel requests ex parte hearing with the court - (court hearing is underseal).  The matter continued to **6/30/11 at 11:30 a.m. for Further Status Hearing.**