*E-Filed 6/16/11*

BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 10-0859 RS |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| GARY LEE HARDEMAN, | ) | |
| | ) | Honorable Richard Seeborg |
| Defendant. | ) | |

1    On December 29, 2010, Defendant Gary Lee Hardeman was granted pretrial release on
2 conditions ordered by Magistrate Judge Vadas.  Among the conditions was that he reside with his
3 parents, who would serve as custodians, that he be subject to electronic or voice track monitoring,
4 and that he not leave home except as approved by Pretrial Services, for the sole purposes of court
5 appearances, attorney meetings and court-ordered counseling.  *See* Conditions of Release (Docket
6 #10) (filed Dec. 12, 2010).  Mr. Hardeman is not alleged to have committed any violation of the
7 conditions of his pretrial release.
8    With the approval of U.S. Pretrial Services Officer Richard Sarlatte, the parties now stipulate
9 and jointly request that the conditions of pretrial release for Mr. Hardeman be amended to allow him
10 to go on errands outside the home, such as grocery shopping, with one or both of his parents, who
11 are elderly and need help, between the times of 10:00 a.m. and 12:00 p.m. on Tuesdays and
12 Thursdays upon the prior approval of Pretrial Services.  All other conditions to remain the same.
13  IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: June 15, 2011        _____/s/_____
OWEN MARTIKAN
Assistant United States Attorney

DATED: June 15, 2011        _____/s/_____
DANIEL P. BLANK
Assistant Federal Public Defender
Attorney for Gary Lee Hardeman

IT IS SO ORDERED.

DATED: 6/16/11

RICHARD SEEBORG
United States District Judge

STIP. & PROP. ORDER                         1