1 BARRY J. PORTMAN
Federal Public Defender
2 DANIEL P. BLANK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant HARDEMAN

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0859 RS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE |
| GARY HARDEMAN, | |
| Defendant. | Honorable Richard Seeborg |

1  At the last appearance in the above-captioned matter, the Court set a date of July 19, 2011, for
2  the filing of the defendant's motion to dismiss the indictment due to prejudicial delay, and directed
3  the parties to propose a complete briefing schedule and hearing date.  Accordingly, the parties
4  respectfully stipulate and jointly request that the Court set the following briefing schedule:  motion
5  July 19; opposition August 2; reply August 9.  The motion would then be heard on the Court's
6  normal criminal calendar on August 23, 2011, at 2:30 p.m.

7  IT IS SO STIPULATED.

        MELINDA HAAG
        United States Attorney

10  DATED:  July 8, 2011        _____/s/_____
        OWEN MARTIKAN
11         Assistant United States Attorney

13  DATED:  July 8, 2011        _____/s/_____
        DANIEL P. BLANK
14         Assistant Federal Public Defender
        Attorney for Gary Hardeman

16  IT IS SO ORDERED.

17  DATED:  7/8/11

        RICHARD SEEBORG
18         United States District Judge

STIP. & PROP. ORDER        1