\*E-Filed 8/31/11\*

1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant HARDEMAN

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0859 RS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER SETTING INTERIM |
| | ) | PRETRIAL DATES |
| GARY HARDEMAN, | ) | |
| | ) | Honorable Richard Seeborg |
| Defendant. | ) | |

At the last appearance in the above-captioned matter, the Court set a date of November 14, 2011, for the commencement of the jury trial, and November 7, 2011, for the pretrial conference. The Court at that appearance also directed the parties to propose a more complete schedule of interim dates leading up to the trial.  Accordingly, the parties respectfully stipulate and jointly request that the Court set the following schedule:

• August 30, 2011, filing of any and all remaining pretrial motions, noticed for hearing on October 4, 2011, at 2:30 p.m.

• September 13, 2011, filing of oppositions to remaining pretrial motions.

• September 20, 2011, filing of replies on remaining pretrial motions.

• October 4, 2011, 2:30 p.m. , hearing on any and all remaining pretrial motions.

• October 7, 2011, cut-off date for any outstanding discovery and disclosures, including expert disclosures.

- October 17, 2011, filing of limine motions.
- October 24, 2011, filing of opposition to limine motions, and filing of any other pretrial memoranda, including trial memoranda, proposed jury instructions and voir dire. (The parties also anticipate that any depositions under Federal Rule of Criminal Procedure 15 will be done during the week of October 24.)

IT IS SO STIPULATED.

          MELINDA HAAG
          United States Attorney

DATED:   August 29, 2011          _____/s/_____
          OWEN MARTIKAN
          Assistant United States Attorney

DATED:   August 29, 2011          _____/s/_____
          DANIEL P. BLANK
          Assistant Federal Public Defender
          Attorney for Gary Hardeman

IT IS SO ORDERED.

DATED:   8/31/11          _____
          RICHARD SEEBORG
          United States District Judge

STIP. & PROP. ORDER          1