**\*E-Filed 8/31/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0859 RS |
| Plaintiff, | **ORDER** |
| v. | |
| GARY HARDEMAN, | |
| Defendant. | |

The hearing on defendant's motion to dismiss the indictment for prejudicial delay shall be continued to October 4, 2011 at 2:30 p.m. and the motion hearing scheduled for September 6, 2011 is vacated.

IT IS SO ORDERED.

Dated: 8/31/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. CR 10-0859 RS
ORDER