*E-Filed 10/7/11*

BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>    v.<br>GARY HARDEMAN,<br>                    Defendant. | No. CR 10-0859 RS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SETTING INTERIM<br>PRETRIAL DATES<br><br>Honorable Richard Seeborg |

      Following the last appearance in the above-captioned matter, the Court continued the date for the jury trial to commence with jury selection on November 30, 2011.  The Court at that appearance also directed the parties to propose a more complete schedule of interim dates leading up to the trial.  Accordingly, the parties respectfully stipulate and jointly request that the Court set the following schedule:

• October 21, 2011, cut-off date for any outstanding discovery and evidentiary disclosures, including expert disclosures.

• November 7, 2011, filing of limine motions.

• November 14, 2011, filing of opposition to limine motions, and filing of any other pretrial memoranda, including trial memoranda, proposed jury instructions and voir dire.

• November 21, 2011, at 2:00 p.m., Pretrial Conference.

Based upon the government's estimate of four court days to put in its case in chief, Mr. Hardeman will plan to have his first witness available to testify on December 9, 2011.

IT IS SO STIPULATED.

                                            MELINDA HAAG
                                            United States Attorney

DATED:    10/6/11                     _____/s/_____
                                              OWEN MARTIKAN
                                              Assistant United States Attorney

DATED:    10/6/11                     _____/s/_____
                                              DANIEL P. BLANK
                                              Assistant Federal Public Defender
                                              Attorney for Gary Hardeman

IT IS SO ORDERED.

DATED:  10/7/11                       _____
                                              RICHARD SEEBORG
                                              United States District Judge