*E-Filed 10/21/11*

BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 10-0859 RS |
| | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER VACATING TRIAL AND PRETRIAL DATES |
| GARY HARDEMAN, | ) | |
| Defendant. | ) | Honorable Richard Seeborg |

The government has filed a notice of appeal to the Ninth Circuit of this Court's October 7, 2011 Order granting Defendant Gary Hardeman's motion to dismiss Count Two of the Indictment. Accordingly, the parties stipulate and jointly request that the current trial date of November 30, 2011, be vacated, along with the other previously ordered pretrial dates, including the discovery cut-off date. It is respectfully proposed instead that a status conference hearing be set for Tuesday, November 22, 2011, at 2:30 p.m.

IT IS SO STIPULATED.

                                  MELINDA HAAG
                                  United States Attorney

DATED:    10/20/11                    _____/s/_____
                                  OWEN MARTIKAN
                                  Assistant United States Attorney

DATED:    10/20/11                    _____/s/_____
                                  DANIEL P. BLANK
                                  Assistant Federal Public Defender
                                  Attorney for Gary Hardeman

IT IS SO ORDERED.

DATED:    10/21/11                    _____
                                  RICHARD SEEBORG
                                  United States District Judge