BARRY J. PORTMAN
Federal Public Defender
DANIEL P. BLANK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant HARDEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0859 RS (NJV) |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| v. | ) | |
| | ) | |
| GARY LEE HARDEMAN, | ) | |
| | ) | Honorable Nandor J. Vadas |
| Defendant. | ) | |
| | ) | |

1   The parties appeared before the Court on November 30, 2011, upon the request of Defendant
2   Gary Lee Hardeman to amend his conditions of release in light of the anticipated lengthy delay in his
3   trial date due to the government's interlocutory appeal of the district court's dismissal of Count Two
4   of the indictment.  The issues raised before the Court related to use of a computer by Mr. Hardeman
5   and increased time outside of the home.  The Court provided guidance as to the computer and time
6   outside of the home for exercise, indicating that additional time outside the home would be
7   addressed in a step-by-step approach, and inviting Mr. Hardeman to seek further amendments to his
8   conditions of release after another couple of months.

9   Upon considering further argument by the parties on December 1, 2011, the Court grants the
10  request to amend the conditions of Mr. Hardeman's pretrial release to permit him, at the direction of
11  Pretrial Services: (1) to have in his residence and use a computer for purposes to be pre-approved by
12  Pretrial Services, that is equipped with software that permits monitoring by Pretrial Services (any
13  use of a computer for internet access will be subject to pre-approval by Pretrial Services, including
14  pre-approval of the sites to be visited, and will be subject to monitoring by Pretrial Services); and (2)
15  to be permitted to leave his residence to exercise in a gymnasium to be approved by Pretrial Services
16  for up to four hours per week.  All other conditions to remain the same.

17  IT IS SO ORDERED.

18  DATED:      December 1, 2011

19                                                       _____
                                                         NANDOR J. VADAS
                                                         United States Magistrate Judge

PROP. ORDER                                    - 1 -