1   STEVEN G. KALAR
    Federal Public Defender
2   DANIEL P. BLANK
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    San Francisco, CA 94102
4   Telephone: (415) 436-7700

5   Counsel for Defendant HARDEMAN

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 10-0859 RS
                 Plaintiff,                )
12                                         )   STIPULATION AND [PROPOSED]
            v.                             )   ORDER SETTING INTERIM
13                                         )   PRETRIAL DATES
    GARY HARDEMAN,                         )
14                                         )   Honorable Richard Seeborg
                 Defendant.                )
15  _____    )

16       At the last appearance in the above-captioned matter, the Court set the date for the jury trial to

17  commence with jury selection on July 22, 2013. The Court at that appearance also directed the

18  parties to propose a more complete schedule of interim dates leading up to the trial. Accordingly, the

19  parties respectfully stipulate and jointly request that the Court set the following schedule:

20  •    March 5, 2013, filing of all remaining pretrial motions.

21  •    March 26, 2013, filing of opposition to pretrial motions.

22  •    April 9, 2013, filing of replies on pretrial motions.

23  •    April 23, 2013, hearing on pretrial motions.

24  •    June 12, 2013, cut-off date for any outstanding discovery and evidentiary disclosures, including

25       expert disclosures, as required by Brady/Giglio, Jencks, Federal Rule of Criminal Procedure 16

26       and Local Rule 16-1(c).

    •    June 26, 2013, filing of limine motions.

1   •   July 3, 2013, filing of opposition to limine motions, and filing of any other pretrial memoranda,

2       including trial memoranda, proposed jury instructions and voir dire.

3   •   July 10, 2013, at 2:00 p.m., Pretrial Conference.

4       Based upon the government's estimate of four to five court days to put in its case in chief, Mr.

5   Hardeman will plan to have his first witness available to testify on July 29, 2013.

6   IT IS SO STIPULATED.

7                                       MELINDA HAAG
                                        United States Attorney
8

9   DATED:      March 1, 2013           _____/s/_____
                                        OWEN MARTIKAN
10                                      Assistant United States Attorney

11

12  DATED:      March 1, 2013           _____/s/_____
                                        DANIEL P. BLANK
13                                      Assistant Federal Public Defender
                                        Attorney for Gary Hardeman
14

15  IT IS SO ORDERED.

16  DATED: 3/1/13                       _____
                                        RICHARD SEEBORG
17                                      United States District Judge

18

19

20

21

22

23

24

25

26

STIP. & PROP. ORDER                     2