UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

JUDGE RICHARD SEEBORG

**Date:** 4/23/13         **Total Time:** 30 min.

**Case No:** CR 10-00859-01 RS

**TITLE:** UNITED STATES OF AMERICA   -v- Gary Hardeman (Present)

**Counsel for Government:** Owen Martikan

**Counsel for Defendant:** Daniel Blank

**Interpreter:** n/a         **U.S. Probation Officer:** n/a

**Deputy Clerk:** Corinne Lew         **Court Reporter:** Catherine Edwards

## PROCEEDINGS

Motion for Reconsideration; Motion to Dismiss; Motion for Bill of Particulars Hearing Held.

## SUMMARY

Motions submitted; Court to issue an order.