MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

OWEN P. MARTIKAN (CABN 177104)
Assistant United States Attorney

JANAKI GANDHI (CABN 272246)
Special Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7241
    FAX: (415) 436-7234
    owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 10-0859 RS |
|---|---|
|     Plaintiff, | ) |
| v. | ) THE UNITED STATES' EXHIBIT LIST |
| GARY LEE HARDEMAN, | ) Date: July 22, 2013 |
|     Defendant. | ) Time: 8:30 a.m. |
|  | ) Place: Courtroom 3, 17th Floor |

    The United States' Exhibit List is attached hereto.

DATED: July 3, 2013                              Respectfully submitted,

                                                                MELINDA HAAG
                                                                United States Attorney

                                                                           /s/

                                                              OWEN P. MARTIKAN
                                                              JANAKI GANDHI
                                                              Assistant United States Attorneys

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Name: <u>United States v. Gary Hardeman</u>          Case No.: <u>CR 10/0859 RS</u>

PLAINTIFF (X)               DEFENDANT (  )

**EXHIBIT LIST**

| Exhibit No. | Description | Bates Range | Date Marked | Date Admitted | (Witness) |
|---|---|---|---|---|---|
| 1 | Report of Investigation – No. 1 Investigative findings | USA00364-370 | | | |
| 2 | Report of Investigation – No. 2 6/27/2008 Surveillance at 2226 41st | USA00371-374 | | | |
| 3 | Report of Investigation – No. 3 Garbage collection at 2226 41st | USA00375-378 | | | |
| 4 | Report of Investigation – No. 4 Emails from Hardeman to US Embassy in Mexico City | USA00379-383 | | | |
| 5 | Report of Investigation – No. 5 Request for assistance for anticipated arrest of Hardeman | USA00384-386 | | | |
| 6 | Report of Investigation – No. 6 Garbage collection at 2226 41st | USA00387-391 | | | |
| 7 | Report of Investigation – No. 7 11/3/2008 interview of Gary Hardeman | USA00392-398 | | | |
| 8 | Report of Investigation – No. 8 Interview of Anna Hardeman | USA00399-403 | | | |
| 9 | Report of Investigation – No. 9 Search warrant issued for 35mm camera & digital media drive | USA00404-407 | | | |
| 10 | Report of Investigation – No. 10 11/3/08 Surveillance and arrest of Gary Hardeman at SFO | USA00408-411 | | | |
| 11 | Report of Investigation – No. 11 WiFi usage near Hardeman's residence | USA00412-415 | | | |
| 12 | Report of Investigation – No. 12 Federal arrest of Gary Hardeman (18:2250) | USA00416-420 | | | |
| 13 | Report of Investigation – No. 13 Collateral request – Mexican attaché | USA00421-424 | | | |

2

| 14 | Report of Investigation – No. 14 Meeting w/ Mexican authorities in Mexico City | USA00425-427 | | | |
|---|---|---|---|---|---|
| 15 | Report of Investigation – No. 15 Visit of Hotel Juarez on 12/10/2008 | USA00428-431 | | | |
| 16 | Report of Investigation – No. 16 11/5/2008 Interview of Gary Hardeman | USA00432-437 | | | |
| 17 | Report of Investigation – No. 17 Alaska airline contacted by Hardeman | USA00438-440 | | | |
| 18 | Report of Investigation – No. 18 Interview with George Eaton | USA00441-445 | | | |
| 19 | Report of Investigation – No. 19 Interview with Russell Hardeman | USA00446-450 | | | |
| 20 | Report of Investigation – No. 20 Request for assistance serving grand jury subpoena to George Eaton | USA00451-454 | | | |
| 21 | Report of Investigation – No. 21 Present case to PGR representatives | USA00455-458 | | | |
| 22 | Report of Investigation – No. 22 Telephonic interview with Irma Barrientos | USA00459-463 | | | |
| 23 | Report of Investigation – No. 23 Telephone interview with Liz Stonefield | USA00464-468 | | | |
| 24 | Report of Investigation – No. 24 Interview with Officer Jeffrey Miles | USA00469-474 | | | |
| 25 | Report of Investigation – No. 25 Interview with Lourdes Garcia | USA00475-479 | | | |
| 26 | Report of Investigation – No. 26 Collateral request for arrest of Gary Hardeman | USA00480-481 | | | |
| 27 | Report of Investigation – No. 27 Interview of Honda of Serramonte Employees | USA00482-488 | | | |
| 28 | Report of Investigation – No. 28 Interview with Maria Luisa | USA00489-494 | | | |
| 29 | Report of Investigation – No. 29 Interview with Jennifer Diaz | USA00495-499 | | | |
| 30 | Report of Investigation – No. 30 Interview with Dennis Tilton at his residence | USA00501-511 | | | |
| 31 | Report of Investigation – No. 31 Interview with Diane Ruby Rabusa | USA00512-516 | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| 32 | Report of Investigation – No. 32 1/7/2010 interview of Dennis Tilton at SFO | USA00517-521 | | | |
| 33 | Report of Investigation – No. 33 Interview with Jenny Gee | USA00522-526 | | | |
| 34 | Report of Investigation – No. 34 Request for interview with Melissa Rene Melendez | USA00527-530 | | | |
| 35 | Report of Investigation – No. 35 Interview of Jenny Gee | USA00531-535 | | | |
| 36 | Report of Investigation – No. 36 Interview of Rose Lew | USA00536-540 | | | |
| 37 | Report of Investigation – No. 37 Interview of Karen Louie | USA00541-545 | | | |
| 38 | Report of Investigation – No. 38 Interview of RG | USA00546-549 | | | |
| 39 | Report of Investigation – No. 1 Investigative findings | USA00550-554 | | | |
| 40 | Report of Investigation – No. 2 Request assistance with investigation | USA00555-557 | | | |
| 41 | Report of Investigation – No. 3 Meeting with Mexico authorities | USA00558-560 | | | |
| 42 | Report of Investigation – No. 4 Visit to Hotel Juarez in Mexico City | USA00561-564 | | | |
| 43 | Report of Investigation – No. 5 Travel to ICE attaché in Mexico City | USA00565-568 | | | |
| 44 | Report of Investigation – No. 6 Interview of Mari Carmen on 1/18/2010 at her residence | USA00569-576 | | | |
| 45 | Report of Investigation – No. 7 Interview at Hotel Juarez | USA00577-586 | | | |
| 46 | Report of Investigation – No. 2 Interview of victim | USA00587-593 | | | |
| 47 | Grand Jury Transcript 11/20/2008 | USA00603-629 | | | |
| 47a | Report of Other Sentence Choice Case No. 101007, SF Superior Court | USA00631 | | | |
| 47b | Disposition of Arrest and Court Action (California Dept. of Justice) | USA00633-634 | | | |
| 47c | 6/21/2007 letter to Gary Hardeman re: continued requirement to register | USA00635 | | | |
| 47d | Notice of Sex Offender | USA00636 | | | |

4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Registration Requirement |  |  |  |  |
| 47e | Letter to Mayor from Gary Hardeman | USA00637 |  |  |  |
| 48 | Grand Jury Transcript 4/28/2009 | USA00640-672 |  |  |  |
| 49 | Grand Jury Transcript 8/3/3010 | USA00674-744 |  |  |  |
| 49a | Photograph of Street (Hotel Juarez) | USA00746 |  |  |  |
| 49b | Photograph Line-up Identification | USA00747 |  |  |  |
| 49c | Photograph of Hotel Juarez | USA00748 |  |  |  |
| 50 | Grand Jury Transcript 11/23/2010 | USA00749-790 |  |  |  |
| 50a | Charge table ("sex laws of sane society") | USA00792 |  |  |  |
| 51 | Video of Alvarez Deposition |  |  |  |  |
| 52 | Deposition Transcript of Alvarez |  |  |  |  |
| 52a | Photograph Line-up Identification (same as 49b) |  |  |  |  |
| 52b | Witness Identification Response of Live/Photographgraphic Lineup Display |  |  |  |  |
| 52c | Hotel Ledger |  |  |  |  |
| 52d | Photograph of RG |  |  |  |  |
| 52e | Hotel Juarez Registration Card |  |  |  |  |
| 53 | Video of Arroyo Deposition |  |  |  |  |
| 54 | Deposition Transcript of Arroyo |  |  |  |  |
| 55 | Video of Bautista Deposition |  |  |  |  |
| 56 | Deposition Transcript of Bautista |  |  |  |  |
| 56a | Witness Identification Response of Live/Photographgraphic Lineup Display |  |  |  |  |
| 56b | Street Drawing |  |  |  |  |
| 57 | Video of Cortez Deposition |  |  |  |  |
| 58 | Deposition Transcript of Cortez |  |  |  |  |
| 58a | Witness Identification Response of Live/Photographgraphic Lineup Display |  |  |  |  |
| 59 | Video of Morales Deposition |  |  |  |  |
| 60 | Deposition Transcript of Morales |  |  |  |  |
| 61 | Video of Rodriguez Deposition |  |  |  |  |
| 62 | Deposition Transcript of Rodriguez |  |  |  |  |
| 62a | Witness Identification Response of Live/Photographgraphic Lineup Display |  |  |  |  |
| 62b | Photograph of RG |  |  |  |  |
| 62c | Business Card – Gary Hardeman |  |  |  |  |

|      |                                                                                          |                        |  |  |  |
|------|------------------------------------------------------------------------------------------|------------------------|--|--|--|
|      | "Life Made Easy"                                                                         |                        |  |  |  |
| 62d  | Photograph of Crystal                                                                    |                        |  |  |  |
| 62e  | Hotel Juarez Registration Card                                                           |                        |  |  |  |
| 63   | Video of Interview with RG on 6/30/2008                                                  |                        |  |  |  |
| 64   | Transcript of the Interview with RG on 6/30/2008                                         |                        |  |  |  |
| 65   | Video of Interview with RG on 8/13/2008                                                  |                        |  |  |  |
| 66   | Transcript of Interview with RG on 8/13/2008                                             |                        |  |  |  |
| 67   | Jail Calls                                                                               | USA02748               |  |  |  |
| 68   | Kendrick Report in CD                                                                    | USA02750               |  |  |  |
| 69   | Declaration of RG in Spanish                                                             | USA02528-2581          |  |  |  |
| 70   | Declaration of RG Translation to English                                                 | USA02582-2589          |  |  |  |
| 71   | Documents from Scott Eaton                                                               | USA02523-2527          |  |  |  |
| 72   | Photograph of Hotel Juarez (12/2008)                                                     | USA02751               |  |  |  |
| 73   | Photograph of Room 307 at Hotel Juarez                                                   | USA02753               |  |  |  |
| 74   | Photograph of Hotel Juarez (gate and ally)                                               | GH0728                 |  |  |  |
| 75   | Cover Page "Life Made Easy"                                                              | GH0500                 |  |  |  |
| 76   | User Info searching4answers@hotmail.com                                                  | GH0921                 |  |  |  |
| 77   | Search of Hardeman Residence Room C- Desk Area                                           | USA01459-1505          |  |  |  |
| 78   | Search of Hardeman Residence George Scott Eaton                                          | USA01506-1522          |  |  |  |
| 79   | Scanned Items from SW on 11/25/2008                                                      | USA01523-1531          |  |  |  |
| 80   | Contents from Hardeman's Laptop From SW on 11/25/2008                                    | USA01531-1561          |  |  |  |
| 81   | Photographs from SW at Residence                                                         | USA01562-1626          |  |  |  |
| 82   | Calendar                                                                                 | USA01637-1648          |  |  |  |
| 83   | Leather Bond Notebook (Room I, Garage) Handwritten notes Copyright Registration / real exhibit and copies | USA01649-1775 USA01776-1803 |  |  |  |
| 84   | "Life Made Easy" by Gary Hardeman                                                        | USA01804-2032          |  |  |  |
| 85   | Duffel Bag, SW from SFO 12/2008                                                          | USA02033-              |  |  |  |

6

|    |    |    |    |    |    |
|----|----|----|----|----|----|
|    |    | 2186 |    |    |    |
| 86 | Spreadsheets:<br>List of Items from Search Warrant at Gary Hardeman Residence<br>List of Subpoenas Issued<br>List of Items from Search Warrant at Airport 12/01/2008<br>Photographgraph Log & Floor | USA01453-1458 |    |    |    |
| 87 | Alaska Airline Flight Reservation/Booking Records (Gary Hardeman) | USA01169-1180 |    |    |    |
| 88 | Alaska Airline Passenger Ticket Records  (Gary Hardeman) | USA01184- |    |    |    |
| 89 | IP Address Record searching4answers@hotmail.com | USA01300-1303 |    |    |    |
| 90 | Registration Change of Address (290 P.C./457.1 P.C.)<br>Sex Registration/Change of Address/Other Update (5/19/2009) | USA00848-851 |    |    |    |
| 91 | Mugshot Profile<br>FBI Fingerprint Card | USA00852-858 |    |    |    |
| 92 | Mugshot Profile, Criminal History Record | USA00860- |    |    |    |
| 93 | Sex Registration/Change of Address/Other Update (5/17/2010) | USA00862-864 |    |    |    |
| 94 | Documents from CAL DOJ (USA00196-203 & GH0001-113)<br><br>Declaration of Custodian of Records | <br><br><br><br>USA00221 |    |    |    |
| 95 | SFPD Fingerprint & Arrestee Records | USA00222 - 228;<br>USA00240-248 |    |    |    |
| 96 | Petition and Order, SM Superior Court Records, Case #152669 | USA229-231 |    |    |    |
| 97 | Records: Department of Public Safety, Brisbane, CA | GH00050-65 |    |    |    |
| 98 | SFPD Initial Incident Report<br>SFPD Incident Report<br>CLETS | USA00324-328<br>USA00196-97<br>USA00239 |    |    |    |

| | | | | | |
|---|---|---|---|---|---|
| 99 | SF Superior Court Complaint Case No. 101007 Order of Expungement Docket Sheet Report re: Sentence Trial Memorandum: Admissibility of Evidence of Similar Uncharged Conduct | USA00198/USA233 USA00198-USA00199 USA00201-203 GH0021-36 | | | |
| 100 | Warrant of Arrest Arrest Warrant Affidavit | USA00238 GH0082 | | | |
| 101 | Probation Records/Affidavit of Violation: Order Revoking Probation | USA00250; GH00067-85 GH0087- | | | |
| 102 | Letter to Hardeman re: registration | USA00232; USA00251-252; GH0088 | | | |
| 103 | Notice of Sex Offender Registration | USA00253/GH0089 | | | |
| 104 | Opening Argument/My Trial Defense | USA00254-263 (same as USA01553-1561) | | | |
| 105 | Letters to Judge from Hardeman (10/27/1986; 11/3/1986; 10/17/1990; 1/5/1987) | USA00264-273 | | | |
| 106 | Inmate Grievance Form etc. | USA00274-323 | | | |
| 107 | Letter to Mayor | GH00096 | | | |
| 108 | Emails to Embassy | GH00097-100 | | | |
| 109 | Reserved | | | | |
| 110 | Reserved | | | | |
| 111 | California DMV Image Record of Gary Hardeman | GH0732 | | | |
| 112 | Photograph of Trash Bin | GH0733 | | | |
| 113 | Photograph of Trash Bin | GH0734 | | | |
| 114 | Photograph of Trash Bin | GH0735 | | | |
| 115 | July 3, 2008 at 2226 41st Ave. | GH0736-738 | | | |
| 116 | July 30, 2008 at 2226 41st Ave. | GH0739-745 | | | |
| 117 | October 2, 2008 at 2226 41st Ave. | GH0746-760 | | | |
| 118 | October 30, 2008 at 2226 41st Ave. | GH0761-764 | | | |
| 119 | Telegrams from US Embassy in Mexico to State Department | GH0130-133 (same as USA00329-332) | | | |
| 120 | Screenshot –American Citizen Service re: RG | GH0134 (USA00333) | | | |

| 121 | Department of State, Welfare and Whereabouts Service Summary re: RG | GH0135-145 (USA00334-341/357-359) | | | |
|---|---|---|---|---|---|
| 122 | Department of State, Activity Log | GH0146-157 (USA00345-356 | | | |
| 123 | Department of State, Subject Summary | GH0158-160 (USA00342-344) | | | |
| 124 | Entry Stamps (Passport) | GH0161-164 (USA00360-363) | | | |
| 125 | Email from Gary Hardeman to Officer Jeffrey Miles | GH0197 | | | |
| 126 | Cover Letter from Tropical Texas Behavior Health (Dated 9/9/2008) | GH0199 | | | |
| 127 | Photo Line-up Identification (same as 49b, 52a) w/ Signature | GH0207-208 | | | |
| 112a-e | Photographs | GH0209-213 | | | |
| 128 | Complaint for Forfeiture | | | | |
| 129 | Answer to Complaint for Forfeiture | | | | |
| 130 | Interagency Agreement & Working Protocols, Hidalgo County, 2012-2015 | USA02754-2774 | | | |
| 131 | Mirror Image of Gary Hardeman's Laptop Hard Drive | | | | |