UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

for the Honorable Richard Seeborg

**Date:** 7/18/13     **Time:** 15 min.

**Case No.**  CR 10-00859-01 RS

**Title:**  UNITED STATES OF AMERICA  v. Gary Hardeman (Present, I/C)

**Appearances**:

   For the Government: Owen Martikan, Janaki Ghandi

   For the Defendant: Dan Blank

**Interpreter:** n/a          **Probation Officer:** n/a

**Deputy Clerk:** Corinne Lew     **Court Reporter:** Lydia Zinn

## PROCEEDINGS

Change of Plea Hearing Held.

## SUMMARY

The defendant is sworn.  Plea Agreement was executed in open court.  The defendant pled guilty to Count Two of the Indictment in violation of 18 U.S.C. § 2260A.  The matter referred to the probation office for a PSR and continued to **10/22/13 at 2:30 p.m. for Sentencing**. Trial dates are hereby vacated.