1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant HARDEMAN

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 10-0859 RS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER AMENDING BOND |
| | ) | EXONERATION. |
| GARY LEE HARDEMAN, | ) | |
| | ) | Honorable Richard Seeborg |
| Defendant. | ) | |
| | ) | |

Bond in the above-captioned matter for Defendant Gary Lee Hardeman was exonerated by the Court on October 22, 2013. *See* Docket # 342. Thereupon, a check (number 00743023) in the amount of $50,038.07 was issued by the Clerk of the Court payable to Defendant's father, Mr. Russell Hardeman, who originally posted the bond. However, prior to the exoneration of the bond, Mr. Russell Hardeman deceased. As a result, the check issued by the Clerk cannot be deposited or cashed by Mr. Hardeman's family. Accordingly, the parties stipulate and jointly request that the Court direct the Clerk to reissue the check, payable to Defendant's brother, Mr. Mark Hardeman.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: February 13, 2014        /s/
                                OWEN MARTIKAN
                                Assistant United States Attorney

DATED: February 13, 2014        /s/
                                DANIEL P. BLANK
                                Assistant Federal Public Defender
                                Attorney for Gary Lee Hardeman

IT IS SO ORDERED.

DATED: 2/13/14

RICHARD SEEBORG
United States District Judge

STIP. & PROP. ORDER                - 2 -