UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GARY HARDEMAN,

Defendant.

Case No.  10-cr-00859-RS-1

**ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE.**

On February 4, 2026, Defendant Gary Hardeman filed a motion for early termination of his supervised release term, set to conclude on September 9, 2026, pursuant to 18 U.S.C. § 3583(e). The government opposes terminating supervised release. Upon consideration of the motions and the entire record herein, the motion is denied.

**IT IS SO ORDERED**.

Dated: February 9, 2026

_____
RICHARD SEEBORG
Chief United States District Judge